UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK,　　　　　Docket # 07 MAG. 633

**NOTICE OF**
**APPEARANCE**

    -against-

FRANCIS ENG,
                            Defendant.
------------------------------------------------------------------------X

    PLEASE TAKE NOTICE, that the undersigned have been retained as Attorneys for Defendant FRANCIS ENG and demand that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  New York, New York
         April 26, 2007

                                Yours, etc.

                                _____
                                KARASYK & MOSCHELLA, LLP
                                By: PHILIP KARASYK
                                Attorneys for Defendant
                                225 Broadway, 32nd Floor
                                New York, NY 10007
                                (212) 233-3800
                                (212) 233-3801 *facsimile*

To:    <u>Via Electronic Case Filing</u>
        Clerk of Court
        David O'Neil, Assistant United States Attorney

W:\IRODRIG\KARASYK\ENG\notice appearance.wpd