# KARASYK & MOSCHELLA LLP
## COUNSELLORS AT LAW

PHILIP KARASYK
JAMES M. MOSCHELLA
PETER E. BRILL
ADAM ETMAN

OF COUNSEL
MITCHELL HIRSCH
ELLIOT M. RUDICK
ALAN SERRINS
BARRY WASHOR

December 5, 2007

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07**

**VIA ECF and FACSIMILE (212) 805-7901**
Hon. Harold A. Baer
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

*Re:* USA v. Yeung, Eng et al.
1:07-cr-00461-HB

Dear Judge Baer:

This firm represents Frances Eng, who is currently scheduled to appear before you for sentencing on December 27, 2007.

I am respectfully requesting an adjournment of Ms. Eng's sentencing for approximately one month due to two factors. First, I have scheduled a family vacation for Christmas week, which would make me unavailable for December 27.

Secondly, Ms. Eng's plea agreement contains a provision for a *Fatico* hearing, which has not yet been scheduled. From my conversations with AUSA O'Neil, I understand that the Government has not yet decided whether it wishes to proceed with the hearing. Should it choose to go forward, however, I do not believe either side could adequately prepare for what would be a rather lengthy proceeding prior to December 27, nor do I know if the Court's calendar has space for it during the next three weeks.

I believe the Government will also join in my request for the adjournment.

Thank you for your consideration. Should you have any questions, please do not hesitate to contact me. I look forward to your response.

Sincerely yours,

Peter E. Brill

cc: David O'Neil

[Handwritten endorsement by Judge: 12/11/07 Provided the Government consents & Fatico hearing is not required, sentencing adjourned to 1/30/08 at 10:30 AM. SO ORDERED. Harold Baer, USDJ]

225 BROADWAY, 32ND FLOOR • NEW YORK, NEW YORK 10007 • T: 212-233-3800 • F: 212-233-3801 • www.kmattorneys.com

Endorsement:

   Granted on request to January 24 at 9:30 A.M. for sentence if Fatico hearing acquaints me with how long it will take.