

# KARASYK & MOSCHELLA, LLP
COUNSELLORS AT LAW

PHILIP KARASYK

JAMES M. MOSCHELLA

PETER E. BRILL

ADAM ETMAN

OF COUNSEL

MITCHELL HIRSCH

ELLIOT M. RUDICK

ALAN SERRINS

BARRY WASHOR

February 25, 2008

**VIA ECF and FACSIMILE (212) 805-7901**
Hon. Harold A. Baer
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

    *Re:* *USA v. Yeung, Eng et al.*
       1:07-cr-00461-HB

Dear Judge Baer:

  This firm represents Frances Eng, who was sentenced before you on February 11, 2008.

  At Mrs. Eng's sentencing, the Court agreed to recommend to the Bureau of Prisons that Mrs. Eng serve her sentence at the Danbury, Connecticut facility. Upon receipt of the judgment entered by the Court, no such recommendation is present.

  I am respectfully requesting that the Court amend the judgment to reflect the agreed-upon recommendation to the Danbury facility.

  Thank you for your consideration. Should you have any questions, please do not hesitate to contact me.

              Sincerely yours,

              Peter E. Brill

cc: David O'Neil