

# KARASYK & MOSCHELLA, LLP
COUNSELLORS AT LAW

PHILIP KARASYK

JAMES M. MOSCHELLA

PETER E. BRILL

ADAM ETMAN

OF COUNSEL

MITCHELL HIRSCH

ELLIOT M. RUDICK

ALAN SERRINS

BARRY WASHOR

February 25, 2008

**VIA ECF and FACSIMILE (212) 805-7901**
Hon. Harold A. Baer
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

      Re:    USA v. Yeung, Eng et al.
               1:07-cr-00461-HB

Dear Judge Baer:

    This firm represents Frances Eng, who was sentenced before you on February 11, 2008.

    At Mrs. Eng's sentencing, the Court agreed to recommend to the Bureau of Prisons that Mrs. Eng serve her sentence at the Danbury, Connecticut facility. Upon receipt of the judgment entered by the Court, no such recommendation is present.

    I am respectfully requesting that the Court amend the judgment to reflect the agreed-upon recommendation to the Danbury facility.

    Thank you for your consideration. Should you have any questions, please do not hesitate to contact me.

Sincerely yours,

Peter E. Brill

cc: David O'Neil

*[Handwritten note from Judge:]* This recommendation should have been made and if not reiterated. Frances Eng should be incarcerated at Danbury if at all possible & the BOP is to be so instructed.

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
2/27/08

225 BROADWAY, 32ND FLOOR • NEW YORK, NEW YORK 10007 • T: 212-213-3800 • F: 212-233-3801 • www.kmattorneys.com

Endorsement:

    This recommendation should have been made and if not in the judgment it should be and to reiterate Frances Eng is to be incarcerated at Danbury Connecticut if at all possible and the BOP is so instructed.